# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MACIAS, MARTHA MACIAS, individuals,<br><br>         Plaintiffs,<br><br> vs.<br><br>WMC MORTGAGE CORP., a California Corporation, CHASE HOME FINANCE LLC, a California Limited Liability Company & DOES 1 through 20,<br><br>         Defendants. | CASE NO. 09cv1374 WQH (JMA)<br><br>ORDER |

HAYES, Judge:

  The matters before the Court are the Motion to Dismiss, filed by Defendant Chase Home Finance LLC (Doc. # 6), and the Motion for the Motion to Dismiss to be Taken Off Calendar, filed by Plaintiffs (Doc. # 10).

  On June 25, 2009, Plaintiffs initiated this action by filing the Complaint. (Doc. # 1). On July 23, 2009, Defendant Chase Home Finance LLC filed the Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. # 6). On August 17, 2009, Plaintiffs filed a First Amended Complaint, as was their right pursuant to the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...."); *see also Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000) ("A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15.") (citation omitted). On August

17, 2009, Plaintiffs filed the Motion for the Motion to Dismiss to be Taken Off Calendar, which states, "[Plaintiffs] request that Defendant Chase Home Finance LLC's Motion to Dismiss be taken off calendar as moot based on the fact that the aforementioned motion addresses a pleading that is no longer operative in this case." (Doc. # 10 at 1).

Once filed, an amended complaint supersedes the original complaint in its entirety. *See London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). Defendant's Motion to Dismiss, addressing the original Complaint, became moot once the First Amended Complaint was filed.

IT IS HEREBY ORDERED that the Motion to Dismiss is **DENIED AS MOOT** (Doc. # 6), and the Motion for the Motion to Dismiss to be Taken Off Calendar is **GRANTED** (Doc. # 10).

DATED: August 19, 2009

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge